*CONCLUSION*

We affirm the dismissal of Karamanos' *Bivens* claims, because under *Chilicky* and *Kotarski*, Karamanos is limited to his statutory remedy. We affirm the district court's dismissal of Karamanos' causes of action requesting judicial review of the agency's refusal to reclassify his position at a GS–13 level. We adopt the position of the District of Columbia Circuit that misclassifications are prohibited personnel practices under the CSRA. Therefore, Karamanos did not exhaust his administrative remedies.

Accordingly, the judgment of the district court is AFFIRMED.

Marie CHALOUX; Nancy Morgan, and Clarence Paine, individually and on behalf of all others similarly situated, Plaintiffs–Appellants,

v.

Vaughn KILLEEN, in his official capacity as Sheriff of Ada County, State of Idaho; Robert Aja, in his official capacity as Sheriff of Gooding County, State of Idaho, and on behalf of all other County Sheriffs of the State of Idaho, similarly situated, Defendants–Appellees.

No. 88–3563.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 10, 1989.

Decided Aug. 17, 1989.

Before WRIGHT and ALARCON, Circuit Judges, and TEVRIZIAN *, District Judge.

both appellant's third and fourth causes of action.

ORDER

The opinion filed on May 1, 1989 is withdrawn.

Norman G. KELLEY, Plaintiff–Appellee, Cross–Appellant,

v.

SEARS, ROEBUCK AND COMPANY; Allstate Life Insurance Company, Defendants–Appellants, Cross–Appellees.

Nos. 87–1246, 87–1387 & 87–1442.

United States Court of Appeals, Tenth Circuit.

Aug. 4, 1989.

* Of the Central District of California.